# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CR 41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NELSON RODRIGUEZ, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon Defendant's Renewed Motion to Modify Bond Conditions (#32). Pursuant to the Local Rules of Criminal Procedure, the government has up to and including November 19, 2012 to respond to Defendant's motion. The undersigned will set the hearing of the motion for November 26, 2012 at the same time as the Rule 11 proceeding that has been scheduled concerning the charges against Defendant.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Renewed Motion to Modify Bond Conditions (#32) be set for hearing on **November 26, 2012** at the same time as Defendant's Rule 11 proceeding.

Signed: November 15, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge